**No. P67/322.**—Charles Sadek Import Co., Inc. *v.* United States, protest 65/18099 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 2, 1967

**No. P67/323.**—Bailey-Mora Company, Inc., et al. *v.* United States, protests 63/1630, etc. (El Paso).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood pine moldings similar in all material respects to those the subject of *Bailey-Mora Company, Inc., et al.* v. *United States* (57 Cust. Ct. 99, C.D. 2737), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 2, 1967

**No. P67/324.**—John A. Steer Company *v.* United States, protests 62/5917, etc. (Philadelphia).
**No. P67/325.**—John A. Steer Company *v.* United States, protests 62/12012, etc. (Philadelphia).
**No. P67/326.**—John A. Steer Company *v.* United States, protests 62/15147, etc. (Philadelphia).
**No. P67/327.**—John A. Steer Company *v.* United States, protests 64/14139 and 64/14140 (Philadelphia).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of coordinatographs or parts, dedicated for use therewith, in chief value of metal, similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 CCPA 67, C.A.D. 879), the claim of the plaintiff was sustained.